UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEDLEZKY, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-01400-SAB (PC)<br><br>ORDER GRANTING DEFENDANT ATKINSON'S REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>[ECF No. 26] |

　　　Plaintiff James Harrison is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On June 2, 2015, Defendant Atkinson filed a motion to extend the time to file a response to Plaintiff's complaint. (ECF No. 26.)

　　　Good cause having been presented to the Court, it is HEREBY ORDERED that Defendant Atkinson is GRANTED to and including July 2, 2015, to file a response pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **June 3, 2015**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1