UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARRISON,<br><br>             Plaintiff,<br><br>      v.<br><br>SEDLEZKY, et al.,<br><br>             Defendants. | Case No.: 1:12-cv-01400-LJO-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S EXHAUSTION MOTION AS UNNECESSARY<br><br>[ECF No. 36] |

Plaintiff James Harrison is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Plaintiff's motion relating to exhaustion of the administrative remedies, filed November 4, 2015.  (ECF No. 36.)

Plaintiff declares that he exhausted the administrative remedies and attaches inmate appeals he claims demonstrates such exhaustion.  Plaintiff also states he is a layman at law "any errors in this exhaustion motion is due to that fact."  (ECF No. 36 at 1.)

///
///
///
///
///

1

Plaintiff is advised that exhaustion of the administrative remedies is an affirmative defense that Defendants "must plead and prove" see Albino v. Baca, 747 F.3d 1162, 1166 (9th Cir. 2014), it is unnecessary for Plaintiff to plead and prove exhaustion of the administrative remedies unless and until the issue is raised by Defendants. Accordingly, it is HEREBY ORDERED that Plaintiff's motion relating to exhaustion of the administrative remedies is DISREGARDED as unnecessary.

IT IS SO ORDERED.

Dated: __**November 6, 2015**__

UNITED STATES MAGISTRATE JUDGE