UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARRISON,<br><br>            Plaintiff,<br><br>     v.<br><br>SEDLEZKY, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-01400-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE ACTION<br><br>[ECF No. 49] |

Plaintiff James Harrison is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Sedlezky and Atkinson for excessive force in violation of the Eighth Amendment.

On January 29, 2016, Defendant Atkinson filed a motion for summary judgment. (ECF No. 38.) On February 29, 2016, Defendant Sedlezky filed a motion for summary judgment. (ECF No. 40.)

///

///

///

///

///

On April 7, 2015, Plaintiff filed a motion to voluntarily dismiss the action.  (ECF No. 49.) Defendants have not filed an opposition or statement of non-opposition to Plaintiff's motion.  Local Rule 230(l).  Accordingly, within ten (10) days from the date of service of this order, Defendants shall file an opposition or statement of non-opposition to Plaintiff's motion.

IT IS SO ORDERED.

Dated:   **April 26, 2016**

UNITED STATES MAGISTRATE JUDGE