UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARRISON,<br><br>             Plaintiff,<br><br>      v.<br><br>SEDLEZKY, et al.,<br><br>             Defendants. | Case No.: 1:12-cv-01400-LJO-SAB (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>[ECF No. 49] |

Plaintiff James Harrison is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Sedlezky and Atkinson for excessive force in violation of the Eighth Amendment.

On January 29, 2016, Defendant Atkinson filed a motion for summary judgment. (ECF No. 38.) On February 29, 2016, Defendant Sedlezky filed a motion for summary judgment. (ECF No. 40.)

On April 7, 2015, Plaintiff filed a motion to voluntarily dismiss the action. (ECF No. 49.) On April 29, 2016, Defendant Sedlezky filed a statement of non-opposition to Plaintiff's motion. (ECF No. 51.) On May 6, 2016, Defendant Atkinson filed a statement of non-opposition to Plaintiff's motion. (ECF No. 52.)

///

1

Federal Rule of Civil Procedure 41(a)(2) provides that after the opposing party files an answer or motion for summary judgment, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Defendants have stated that they do not oppose Plaintiff's request to voluntarily dismiss the action, and the Court considers dismissal of this action without prejudice to be proper.

Accordingly, it is HEREBY ORDERED that:

1. The instant action is dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal and Defendants' statements of non-opposition thereto;
2. Defendants' motions for summary judgment (Doc. Nos. 38 & 40) are denied as MOOT; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 7, 2016**            /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

4.