# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LIONEL SANFORD,<br><br>Plaintiff,<br><br>v.<br><br>PATRTICK EATON, et al.,<br><br>Defendants. | Case No. 1:22-cv-01400-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 4) |

On October 31, 2022, Defendants removed this case from Tuolumne County Superior Court. (ECF No. 1). On November 2, 2022, Defendants filed a motion "to stay or vacate their deadline to file a responsive pleading pending final resolution of the Court's screening of Plaintiff's Complaint and any amendments to that Complaint…." (ECF No. 4).

The Court finds good cause to grant Defendants' motion.

Accordingly, IT IS HEREBY ORDERED that Defendants have thirty days from the date of the screening order to file a responsive pleading as to those portions of the complaint that remain after the Court's screening order.

IT IS SO ORDERED.

Dated:  **November 2, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28